**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

Roger Joseph Hoffert Jr.
#1026352

(Enter above the **FULL** name and inmate
number of the plaintiff or
plaintiffs in this action.)

RECEIVED
NOV 16 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

vs.                                                    **COMPLAINT**

(1) Chris Jones
(2) Nick Ludwick
(3) Iowa Department of Corrections
(4) Tom Mulligan

(Enter above the **FULL** name of each
defendant in this action.)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH plaintiff by name, using a separate sheet of paper.)

I. Previous Lawsuits:    NONE

 A) Have you begun other lawsuits is state or federal court dealing with the <u>same facts</u> involved in this action or otherwise relating to your imprisonment?    ☐ Yes   ☒ No

 B) If your answer to A is "YES", please answer the questions 1 through 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

  1.) Parties to this previous lawsuit:

   Plaintiffs:  NONE
   Defendants:

  2.) Court (If federal court, name the district; if state court, name the county.)

   NONE

4

3.) Docket Number: NONE

4.) Name of Judge to whom case was assigned: NONE

5.) Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) NONE

6.) Approximate date of filing lawsuit: NONE

7.) Approximate date of disposition: NONE

II. Place of confinement:

A) Is there a prisoners grievance procedure in this institution?
☒Yes  ☐No

B) Did you present the facts relating to your complaint in the state prisoner grievance procedure?
☒Yes  ☐No

C) If your answer is Yes,

1.) What steps did you take? ① I submitted a grievance, then appealed it to the warden then appealed it to Des Moines to the Regional Director.

2.) What was the result? ② All my grievances were denied.

If your answer was No, explain why not:

D) If there is no prison grievance procedure in the institution, did you complain to prison authorities?
☐Yes  ☐No  Does not apply / NONE

E) If your answer is Yes:

1.) What steps did you take? NONE

2.) What was the result? NONE

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A) Name of Plaintiff: Roger Joseph Hoffert Jr. #1026352
   Address: Iowa State Penitentiary
   P.O. Box 316  Fort Madison, Iowa 52627

B) Additional Plaintiffs: NONE

5

(In item **C** below, place the full name of the defendant in the first blank, and his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, position, and places of employment of any additional defendants.)

C) Defendant: ①Chris Jones  is employed as a Correctional officer at ①Iowa State Penitentiary P.O. 316 Fort Madison, Ia 52627

D) Additional Defendants:
② Nick Ludwick, Warden ② Iowa State Penitentiary P.O. 316 Fort Madison Ia 52627
③ Iowa Department of Corrections ③ 510 East 12th St. Des Moines Ia 50319

IV. **Jurisdiction**

This complaint is brought pursuant to 42 U.S.C., § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (c). Plaintiffs(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint. ④ Tom Mulligan P.O. 316, Iowa State Penitentiary Fort Madison Ia 52627

V. **Statement of Claim**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On 3-19-11 I was assaulted by C/O Chris Jones and Tom Mulligan and other officers. I was slapped, punched, a hard item (a radio?) was placed on my face and the C/O used his body weight to smash my face. My wrists were attempted to be broke and mice pittle fingers. I was slapped and punched by Chris Jones and my face was smashed by Chris Jones. Chris Jones and other officers twisted my wrists.

VI. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. **Do not cite cases or statutes.**) I am requesting the court to order the Department of Corrections to make compensation to me in the amount of $500,000.00 for violating my constitutional rights, and for my injuries, and for the assault, and for the harassment and threats I was subjected to.

VII. **Statement regard Assistance in preparing this Complaint.**

A) Did any person other than a named plaintiff in this action assist you in preparing this complaint?
☐ Yes  ☑ No

B) If your answer is **Yes**, name the person who assisted you. NONE

C) Signature of person who helped prepare this complaint.

_____   _____
(SIGNATURE)                          (DATE)

VIII. **Signature(s) of Plaintiff(s)**
Signed this _12th_ day of _September_ 20_11_.

6

Page #1

ISP Offender Letterhead

1:00 pm

Part V Continued                                September 12th 2011

(Attempting to break them or injure me. Chris Jones and other c/o's, Including Tom Mulligan also were trying to snap my pinkie fingers. All of this occurred at Iowa State Penitentiary outside of the chow hall. I did not resist the officers while I was on the ground and stated repeatedly for them to stop and made statements like "oww", "please stop" and "your going to break my wrists." Even after I was being held down by Chris Jones and also other c/o's, they continued to injure my wrists and snap my pinkies. I made allegations of being punched and slapped to ~~~~ Leiutenant Shanstrum that was escorting me back which resulted in false statements being made by Chris Jones in the Major

Part V Continued

Page 2

## ISP Offender Letterhead

report that he wrote me as a result of this incident. Those statements were made to shift blame on me concerning the incident and exonerate himself and the other C/O's from any misconduct. My accusations gave him warning that his conduct would come into question therefore he fabricated details and facts concerning the incident. As of 6-7-11 I began to be harrassed in the hallways to and from chow and yard by C/O Mulligan and other C/O's. I was threatened on more than 1 occassion that if they got fired over the incident they would "beat my ass" and if I filed a grievance they would "make me sorry" and "would kick my ass". I was

Roger J Hottert #1026352

Part V Continued

Page # 3

ISP Offender Letterhead

called names on several occasions by these same officers such as "Faggott", "Snitch," and "big tough bitch".

Roger Hoff
#N26352

I would like to state that when the reference is made referring to other officers, I am referring to officer Tom Mulligan as well as officers that I do not have access to the names of.

Roger Hoff

_Roger A. Hoffert_                    #102635a
               (Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

_____

_____

_____

_____

_____

_____

_____

(Signature of Plaintiff)
Signatures of additional plaintiffs, if any:

Logan Helbert #1026852

IOWA STATE PENITENTIARY
P.O. Box 316
FT. MADISON, IA 52627

NOTICE: This correspondence was mailed from an Institution operated by the Iowa Department of Corrections. The contents are uncensored.

RECEIVED
NOV 1 6 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004269488   NOV 14 2011
$ 00.44⁰
MAILED FROM ZIP CODE 52627

Clerk of Court
US District Court
P.O. Box 9344
Des Moines, Ia
50306-9344